LYDIA A. VERNUM, Respondent, *v.* ANDREW A. WHEELER,. Appellant.

(Submitted November 25, 1889; decided December 10, 1889.)

APPEAL from judgment of the General Term of the Supreme. Court in the fourth judicial department, entered upon an order made February 12, 1889, which affirmed an order of Special Term overruling a demurrer to the complaint herein.

*Elon R. Brown* for appellant.

*J. C. McCartin* for respondent.

Agree to affirm, with leave to defendant to answer within. twenty days; no opinion.
All concur.
Judgment accordingly.